**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:                                                                                       CASE NO.: 24-52036
                                                                                             CHAPTER 13

**Courtney Trice**
*aka Courtney Gilbert Trice*
aka Courtney G Trice**,**
   **Debtor.**

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2023-PM1 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Willie Smith, ESQ.**
**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
13010 Morris Road, Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: _\S\Willie Smith_
   Willie Smith, Esquire
   Georgia Bar No.  507412
   Email: wismith@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 8, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:

COURTNEY TRICE
8635 FORREST POINTE COURT
JONESBORO, GA 30238

And via electronic mail to:

CLARK & WASHINGTON, LLC
BLDG. 3
3300 NORTHEAST EXPWY.
ATLANTA, GA 30341

K. EDWARD SAFIR
STANDING CHAPTER 13 TRUSTEE
SUITE 1600
285 PEACHTREE CENTER AVE. NE
ATLANTA, GA 30303

By: /s/ Amanda Nelson