**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 24-52036-pwb |
| COURTNEY TRICE, | ) |
| | ) CHAPTER 13 |
| Debtor. | ) |
| | ) |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Please take notice that the law firm of Kaplan, Bogue & Cooper, P.C., Attention Samantha L. Tzoberi, 100 Glenridge Point Parkway, Suite 500, Atlanta, Georgia 30342, is counsel of record for Pinnacle Credit Union (the "Credit Union") and on behalf of the Credit Union requests receipt of all notices to parties in interest herein.

This 11th day of March, 2024.

Respectfully submitted,

KAPLAN, BOGUE & COOPER, P.C.

*/s/Samantha L. Tzoberi*
Samantha L. Tzoberi, Georgia Bar No. 140809
100 Glenridge Point Pkwy
Suite 500
Atlanta, GA 30342
(678) 384-7028 Telephone
*sam@kbclegal.com*
Attorneys for the Credit Union

{File: 00164573.DOCX / }

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 24-52036-pwb |
| COURTNEY TRICE, | ) |
| | ) CHAPTER 13 |
| Debtor. | ) |
| | ) |

**CERTIFICATE OF SERVICE**

    This is to certify that I have on this day electronically filed the foregoing *Entry of Appearance and Request for Notices* (the "Document") using the Bankruptcy Court's Electronic Case Filing program, which sends notice of the Document and an accompanying link to the Document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case filing program:

- **E. L. Clark**   cwatlantabk@gmail.com
- **Evan Owens Durkovic**   ecfganb@aldridgepite.com, edurkovic@ecf.courtdrive.com
- **K. Edward Safir**   info@atlch13tt.com
- **Willie Bruce Smith**   wismith@raslg.com

    I further certify that on this day I caused a copy of the Document to be served via first-class United States mail, with adequate postage prepaid on the following parties at the address shown for each:

Courtney Trice
8635 Forrest Pointe Court
Jonesboro, GA 30238

    This 11th day of March, 2024.

                                                            */s/ Samantha Tzoberi*
                                                           Samantha Tzoberi, Georgia Bar No. 140809
                                                          Kaplan, Bogue & Cooper, P.C.
                                                          100 Glenridge Point Parkway, Suite 500
                                                          Atlanta, Georgia 30342
                                                          Tel: (678) 384-7028
                                                          E-mail: sam@kbclegal.com
                                                          Attorneys for the Credit Union

{File: 00164573.DOCX / }