UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:  CASE: A24-52036-PWB

COURTNEY TRICE  CHAPTER 13

JUDGE PAUL W. BONAPFEL

Debtor

**TRUSTEE'S SUPPLEMENTAL REPORT
FOLLOWING MAY 22, 2024 CONFIRMATION HEARING**

At the hearing on Confirmation on May 22, 2024, the Trustee announced an agreement that the Debtor would do the following within 10 days:

• file proposed amendment(s)

• renotice the confirmation hearing

Upon failure of the Debtor to comply with the above, the Trustee may request dismissal by filing a Supplemental Report.

**THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND ADVISES THE FOLLOWING:**

• Debtor has failed to file the proposed amendment(s)

• Debtor has failed to renotice the confirmation hearing

**As the Debtor has not complied with the agreement, please enter an Order of Dismissal.**

Respectfully submitted,

 /s/_____
Brandi L. Kirkland, Esq.
for the Chapter 13 Trustee
GA Bar No. 423627

A24-52036-PWB

## CERTIFICATE OF SERVICE

   I hereby certify that on this day I electronically filed the foregoing pleading using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

CLARK & WASHINGTON

   I further certify that on this day I caused a copy of this document to be served via first-class United States mail, postage prepaid, on the following parties at the address shown for each:

COURTNEY TRICE
8635 FORREST POINTE COURT
JONESBORO, GA 30238

This 17th day of June, 2024

                                            Respectfully submitted,

                                            /s/
                                            Brandi L. Kirkland, Esq.
                                            for the Chapter 13 Trustee
                                            GA Bar No. 423627
                                            285 Peachtree Center Ave, Suite 1600
                                            Atlanta, GA  30303-1229
                                            (404) 525-1110
                                            brandik@atlch13tt.com